UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,                                       No. C-11-01573 DMR

        Plaintiff(s),                          **ORDER TO SHOW CAUSE**

   v.

BACCO,

        Defendant(s).
_____/

On May 23, 2012, Plaintiff filed a motion for leave to amend the complaint. [Docket No. 23.] Defendants had until June 6, 2012 to file an opposition or statement of non-opposition to the motion. N.D. Cal. Civ. L.R. 7-3. To date, the court has received no response from Defendants. Therefore, the court ORDERS Defendants by June 11, 2012 (1) to file a statement explaining why they have failed to file an opposition, along with any proposed opposition, or (2) to file a statement of non-opposition. This order does not grant Defendants permission to file an opposition out of time. Failure to respond to this order in a timely manner may result in the court's granting Plaintiff's motion.

IT IS SO ORDERED.

Dated: June 8, 2012

_____
DONNA M. RYU
United States Magistrate Judge