UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | No. C 11-01573 DMR |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| BACCO, | |
| Defendant(s). | |

The court is in receipt of Defendants' response to the court's June 8, 2012 Order to Show Cause. Because Defendants have contacted the ECF Department to ameliorate their ECF difficulties, the court hereby discharges the OSC.

IT IS SO ORDERED.

Dated: June 15, 2012

_____
DONNA M. RYU
United States Magistrate Judge