UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,　　　　　　　　　　　　　　　　No. C-11-01573 DMR

　　　　　Plaintiff(s),　　　　　　　　　　　　　　**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

　　　　　v.

BACCO,

　　　　　Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The Initial Case Management Conference previously scheduled for August 29, 2012 has been CONTINUED to **October 31, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **October 24, 2012.** In their Further Joint Case Management Statement, [Docket No. 33], the parties set forth a "proposed" case schedule. The parties are reminded that the court has already issued a case management and trial schedule in this case. [*See* Docket Nos. 21-22.] Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

　　　　IT IS SO ORDERED.

Dated: August 28, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge