THOMAS E. FRANKOVICH (State Bar #074414)
GEORGE S. KHOURY (State Bar # 269738)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy. Suite 300
San Rafael, CA   94903
Telephone:     415/444-5800
Facsimile:     415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>BACCO; VI PA, INC., a California Corporation; ANTONE METAXAS and HIDEKO METAXAS, TRUSTEES OF THE 2006 METAXAS FAMILY TRUST UNDER DECLARATION OF TRUST DATED MARCH 15, 2006,<br><br>       Defendants. | **CASE NO. CV-11-1573-DMR**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE** |

Plaintiff CRAIG YATES through his undersigned counsel, and defendants through their undersigned counsel, stipulate as follows:

The Further Settlement Conference scheduled for January 17, 2013 is to be continued to February 26, 2013 at 9:30 a.m..

Good cause exists as plaintiff's counsel is unavailable due to a previously scheduled hearing in the Superior Court of California for the County of Tehama. Counsel have been diligently trying to secure a new date, but have been unable to do as so as of yet due to the coordination of all parties.

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER
SETTLEMENT CONFERENCE                           CASE NO. CV-11-1573-DMR**

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

**IT IS SO STIPULATED.**

DATED: January 16, 2013      THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: ___/s/George S. Khoury_____
George S. Khoury
Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

DATED: January 16, 2013      **BURESH, KAPLAN, FELLER & CHANG**

By:_/s/Fred M. Feller_____
Fred M. Feller

Attorney for Defendants VI PA, INC., a California Corporation; ANTONE METAXAS and HIDEKO METAXAS, TRUSTEES OF THE 2006 METAXAS FAMILY TRUST UNDER DECLARATION OF TRUST DATED MARCH 15, 2006

**O R D E R**

IT IS SO ORDERED.

DATED: January 17, 2013

_____
Nathanael C
United States

APPROVED
Judge Nathanael M. Cousins

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER
SETTLEMENT CONFERENCE          CASE NO. CV-11-1573-DMR          2**