1 | THOMAS E. FRANKOVICH (State Bar #074414)
2 | GEORGE S. KHOURY (State Bar # 269738)
2 | THOMAS E. FRANKOVICH
  | *A PROFESSIONAL LAW CORPORATION*
3 | 4328 Redwood Hwy. Suite 300
  | San Rafael, CA   94903
4 | Telephone:     415/444-5800
  | Facsimile:      415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | **CASE NO. CV-11-1573-DMR** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| BACCO; VI PA, INC., a California Corporation; ANTONE METAXAS and HIDEKO METAXAS, TRUSTEES OF THE 2006 METAXAS FAMILY TRUST UNDER DECLARATION OF TRUST DATED MARCH 15, 2006, | |
| Defendants. | |

Plaintiff CRAIG YATES through his undersigned counsel, and defendants through their undersigned counsel, stipulate as follows:

The Further Settlement Conference scheduled for January 17, 2013 is to be continued to February 26, 2013 at 9:30 a.m..

Good cause exists as plaintiff's counsel is unavailable due to a previously scheduled hearing in the Superior Court of California for the County of Tehama. Counsel have been diligently trying to secure a new date, but have been unable to do as so as of yet due to the coordination of all parties.

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER
SETTLEMENT CONFERENCE                                 CASE NO. CV-11-1573-DMR**

1  This Stipulation may be executed in faxed counterparts, all of which together shall
2  constitute one original document.

3  **IT IS SO STIPULATED.**

5  DATED: January 16, 2013                THOMAS E. FRANKOVICH,
                                          *A PROFESSIONAL LAW CORPORATION*

7  By: ___/s/George S. Khoury_____
        George S. Khoury
8       Thomas E. Frankovich
   Attorneys for Plaintiff CRAIG YATES, an
9  individual

11 DATED: January 16, 2013                **BURESH, KAPLAN, FELLER & CHANG**

13 By:_/s/Fred M. Feller_____
        Fred M. Feller

15 Attorney for Defendants VI PA, INC., a California Corporation; ANTONE METAXAS and HIDEKO METAXAS, TRUSTEES OF THE 2006 METAXAS FAMILY TRUST UNDER DECLARATION OF TRUST DATED MARCH 15, 2006

20                              **O R D E R**

21 IT IS SO ORDERED.

22 DATED: January 17, 2013

25 _____
   Nathanael C.
26 United States

   APPROVED
   Judge Nathanael M. Cousins

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER
SETTLEMENT CONFERENCE**                       CASE NO. CV-11-1573-DMR     2