# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>               Plaintiff,<br><br>        v.<br><br>BACCO, et al.,<br><br>               Defendants. | Case No. 4:11-cv-01573 DMR (NC)<br><br>**ORDER RE SETTLEMENT UDPATE** |

The Court has not received an updated settlement report from plaintiff. The report was due March 29, Dkt. No. 54. If a settlement status report is not received by April 5, the Court will terminate the settlement referral.

IT IS SO ORDERED.

DATED: April 2, 2013

_____
NATHANAEL M. COUSINS
United States Magistrate Judge