UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

        Plaintiff(s),

v.

BACCO, et al.

        Defendant(s).
_____/

No. C-11-01573 DMR

**ORDER RESETTING PRETRIAL CONFERENCE AND TRIAL DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

        The Pretrial Conference previously scheduled for April 24, 2013 has been reset to **May 1, 2013 at 3:00 p.m.** The bench trial previously scheduled for May 6, 2013 has been reset to **May 14, 2013 at 9:00 a.m.** Both proceedings shall take place at the U.S. District Court, 1301 Clay Street, Oakland, California. Please check the Court's on-line calendar at www.cand.uscourts.gov one week prior to the hearing or trial date for the courtroom assignment.

        This order does not affect the other deadlines set forth in the Case Management and Pretrial Order [Docket No. 22]. In other words, the deadline for filing objections to exhibits, deposition excerpts or other discovery, and oppositions to motions in limine is April 15, 2013.

        IT IS SO ORDERED.

Dated: April 10, 2013

_____
DONNA M. RYU
United States Magistrate Judge