UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | No. C-11-01573 DMR |
| Plaintiff(s), | **ORDER RESETTING PRETRIAL CONFERENCE AND TRIAL DATE** |
| v. | |
| BACCO, et al. | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff's counsel has asked for a continuance of the pretrial conference and bench trial due to a personal scheduling conflict. Defense counsel does not join in the request, but does not object. The court finds that there is good cause to alter the schedule as follows. The Pretrial Conference previously scheduled for May 1, 2013 has been reset to **June 12, 2013 at 3:00 p.m.** The bench trial previously scheduled for May 14, 2013 has been reset to **July 2, 2013 at 8:30 a.m.** Both proceedings shall take place at the U.S. District Court, 1301 Clay Street, Oakland, California. Please check the Court's on-line calendar at www.cand.uscourts.gov one week prior to the hearing or trial date for the courtroom assignment.

This order does not affect the other deadlines set forth in the Case Management and Pretrial Order [Docket No. 22]. In other words, the April 15, 2013 deadline for filing objections to exhibits, deposition excerpts or other discovery, and oppositions to motions in limine has already passed.

IT IS SO ORDERED.

Dated: April 17, 2013

_____
DONNA M. RYU
United States Magistrate Judge