UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | No. C-11-01573 DMR |
| Plaintiff(s), | **ORDER CONTINUING PRETRIAL AND TRIAL DATES** |
| v. | |
| BACCO, | |
| Defendant(s). | |

The court is in receipt of Defendants' motion for trial continuance [Docket No. 74], which the court will treat as an administrative motion pursuant to Civil Local Rule 7-11. As Plaintiff has not objected to the motion for continuance and has requested and received a trial continuance, and as good cause appears, the court grants Defendants' request. The pretrial conference is hereby continued to July 17, 2013 at 3:00 p.m. and the one-day bench trial is continued to August 15, 2013 at 11:00 a.m.

IT IS SO ORDERED.

Dated: May 29, 2013

_____
DONNA M. RYU
United States Magistrate Judge