UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | Case No. C-11-01573-DMR |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| BACCO; VI PA, INC., a California Corporation; ANTONE METAXAS and HIDEKO METAXAS, TRUSTEES OF THE 2006 METAXAS FAMILY TRUST UNDER DECLARATION OF TRUST DATED MARCH 15, 2006 | |
| Defendants. | |

This action was tried before United States Magistrate Judge Donna M. Ryu, sitting without a jury, on August 15, 2013. Post-trial briefs were submitted and closing arguments were heard on November 14, 2013. Findings of Fact and Conclusions of law were filed on March 17, 2014. The parties were directed to meet and confer and jointly submit a proposed judgment consistent with the Court's order. Based on the Findings of Fact and Conclusions of Law [Docket 94], judgment is ordered in favor of Plaintiff.

Accordingly, IT IS ORDERED that plaintiff CRAIG YATES recover from defendants BACCO; VI PA, INC., a California Corporation; ANTONE METAXAS and HIDEKO METAXAS, TRUSTEES OF THE 2006 METAXAS FAMILY TRUST UNDER DECLARATION OF TRUST DATED MARCH 15, 2006 the amount of $16,000 plus attorneys' fees and costs. Defendants are further ordered to remove the barrier to access to the restroom by widening the doorway to the restroom either by installing a wider door which would provide 32

1  inches of clearance when opened to 90 degrees or by installing offset hinges.

2

3

4

5

6

7  Approved as to Form:

8  Dated: 3/25/14                                 _____
9                                                 THOMAS FRANKOVICH
                                                  Attorney for Plaintiff
10

11
12 Dated: 3/24/14,                                _____
                                                  FRED M. FELLER
13                                                Attorney for Defendants

14

15

16

17

18

19    IT IS SO ORDERED.
      Dated: March 31, 2014
20                                                _____
21                                                Donna M. Ryu
                                                  United States Magistrate Judge
22

23

24

25

26

27

28

2