1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- OAKLAND DIV.

CRAIG YATES, an individual,

    Plaintiff,

v.

BACCO; VI PA, INC., a California Corporation; ANTONE METAXAS and HIDEKO METAXAS, TRUSTEES OF THE 2006 METAXAS FAMILY TRUST UNDER DECLARATION OF TRUST DATED MARCH 15, 2006,

    Defendants.

CASE NO. CV-11-1573-DMR

**REQUEST AND STIPULATION TO EXTEND TIME FOR FEE APPLICATION AND [~~PROPOSED~~] ORDER THEREON**

    The parties by and through their respective attorney of record, request that this Court extend the time to for Plaintiff's to submit a fee application to July 26, 2014.

    **Whereas** the pre mediation teleconference held April 17, 2014 , plaintiff will have billing to defendants counsel Fred Feller by May1, 2014.

    **Whereas** defendants will respond by May 8, 2014 .

    **Whereas** the parties have a teleconference set with Howard Herman on May 15, 2014 at 9:30 a.m .

REQUEST AND **STIPULATION TO EXTEND TIME TO SUBMIT FEE APPLICATION**

CV-11-1573 DMR

1

///

**Whereas** the Mediation is set for June 5, 2014, at 1:00 p.m.

It is stipulated and requested that the plaintiffs have up to and including July 26, 2014 to submit a fee application.

**IT IS SO STIPULATED.**

Dated: April 17, 2014

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E. Frankovich
Thomas E. FRANKOVICH
Attorney for Plaintiff CRAIG YATES, an individual

Dated: April 17, 2014

FRED M. FELLER, ESQ.

**BURESH, KAPLAN, FELLER & CHANG**

By: [signature]
Fred M. Feller
Attorney for Defendants VI PA, INC., a California Corporation; ANTONE METAXAS and HIDEKO METAXAS, TRUSTEES OF THE 2006 METAXAS FAMILY TRUST UNDER DECLARATION OF TRUST DATED MARCH 15, 2006

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

IT is hereby Stipulated that plaintiff shall have up to and including July 26, 2014 to file a Fee Application in the above captioned action. IT IS SO ORDERED

Dated: April 18, 2014

[signature]
Honorable Magistrate Donna M. Ryu
United Sates District Court,
Northern District of California

REQUEST AND STIPULATION TO EXTEND TIME TO SUBMIT FEE APPLICATION

CV-11-1573 DMR

2