UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

CRAIG YATES,

        Plaintiff,

  v.

BACCO, et al.,

        Defendants.
_____/

No. C 11-1573 DMR

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: June 5, 2014
Mediator: Howard Herman

    IT IS HEREBY ORDERED that the request to excuse the named parties and defendant's insurance carrier representative from appearing in person at the June 5, 2014, mediation session before Howard Herman is GRANTED. The named parties are excused entirely from participating in the mediation session, and defendant's insurance carrier representative shall be available at all times to participate telephonically or by video conference in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

May 27, 2014
Dated

By: _____
Maria-Elena James
United States Magistrate Judge